ALAN H. BARBANEL (Cal Bar No. 108196)
abarbanel@btlawla.com
PAUL A. IMPELLEZZERI (Cal Bar No. 231012)
pimpellezzeri@btlawla.com
BARBANEL & TREUER, P.C.
1925 Century Park East, Suite 350
Los Angeles, California 90067
Telephone:   (310) 282-8088
Facsimile:   (310) 282-8779

Attorneys for Plaintiff, GENERAL STAR INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GENERAL STAR INDEMNITY COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KHANEH HOLDINGS, LLC,<br><br>　　　　Defendant. | Case No.: 2:20-cv-10432 MWF (SKx)<br><br>[*Hon. Michael W. Fitzgerald, Courtroom 5A*]<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br><br>Action Filed: November 13, 2020 |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff General Star Indemnity Company hereby dismisses this entire action with prejudice, each party to bear its own costs and attorneys' fees.

DATED: March 3, 2021　　　　　　　BARBANEL & TREUER, P.C.
　　　　　　　　　　　　　　　　　　ALAN H. BARBANEL
　　　　　　　　　　　　　　　　　　PAUL A. IMPELLEZZERI

　　　　　　　　　　　　　　　　By: *Paul A. Impellezzeri*
　　　　　　　　　　　　　　　　　　PAUL A. IMPELLEZZERI
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, GENERAL STAR
　　　　　　　　　　　　　　　　　　INDEMNITY COMPANY